UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: MILTON LEAGE LUCAS, III
419 CO RD 82
PRATTVILLE, AL 36067

CASE NO: 09-32766-DHW
Chapter 13

Soc. Sec. No. XXX-XX-2150
Debtor.

## INCOME WITHHOLDING ORDER

TO: BEN TELLER AUTOMOTIVE
ATTN PAYROLL
4401 NO PARK DR
OPELIKA, AL 36801

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that BEN TELLER AUTOMOTIVE withhold from the wages, earnings, or other income of this debtor the sum of $105.00 WEEKLY and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
09-32766-DHW MILTON LEAGE LUCAS, III
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, October 19, 2009 .

cc: Debtor
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge