# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:

MILTON LEAGE LUCAS, III

419 CO RD 82

PRATTVILLE, AL  36067

Case No.09-32766-DHW

Chapter 13

Debtor

SSN: XXX-XX-2150

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

BEN TELLER AUTOMOTIVE
ATTN PAYROLL
4401 NO PARK DR
OPELIKA, AL  36801

The above employer is authorized to pay all future wages to the debtor.

Done this Monday, October 26, 2009.

*/s/ Dwight H. Williams Jr.*

Dwight H. Williams Jr.

United States Bankruptcy Judge

CC:  MILTON LEAGE LUCAS, III
BEN TELLER AUTOMOTIVE